UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR 1 8 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| DARRY KENT WILLIAMS, Jr., and NASHONDA CHANTEL SYKES, | ) 4:18CR326 CDP/SPM |
| Defendants. | ) |

## INDICTMENT

### COUNT I
(Sex Trafficking By Force Fraud or Coercion)

The Grand Jury charges that:

Between on or about March 4, 2018, and continuing through on or about March 7, 2018, within the Eastern District of Missouri and elsewhere, the defendants,

**DARRY KENT WILLIAMS, Jr.**
**and**
**NASHONDA CHANTEL SYKES,**

did knowingly, in or effecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, to wit: "Jane Doe," and did benefit financially and did receive something of value from participation in a venture which had engaged in the aforementioned acts, knowing, and in reckless disregard of the fact that means of force, fraud or coercion would be used to cause "Jane Doe" to engage in a commercial sex act, and aided and abided the same.

All in violation of Title 18, United States Code, Sections 1591(a), (b)(1), and 2.

A TRUE BILL.


_____
FOREPERSON


JEFFREY B. JENSEN
United States Attorney


_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney